## NASH *v.* BETTENDORF.

PATENTS; INTERFERENCE.

This case is governed by the decisions of the Court in *O'Connor* v. *Betten-
dorf*, ante, 105.

No. 737.   Patent Appeals.   Submitted November 17, 1911.   Decided Janu-
ary 2, 1912.

HEARING on an appeal from a decision of the Commissioner
of Patents in an interference proceeding.         *Affirmed.*

The facts are stated in the opinion.

*Messrs. Mundy, Evarts, Adcock & Clarke* and *Mr. H. N.
Low* for the appellant.

*Mr. C. D. Davis* and *Mr. Frank D. Thomason* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

This case involves the same application of Bettendorf that we have considered in the two preceding cases. Nash, the other party to the interference and the appellant here, was connected with the W. H. Miner Company and assigned his application to that company. As the date of conception claimed by Nash is March 7, 1908, we must, for the reasons assigned in appeal No. 735, affirm the decision of the Commissioner awarding priority of invention to Bettendorf.          *Affirmed.*